THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 19, 2016

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: William Peter Hendrix, and
Natasha Nicole Hendrix,
          Debtors.

Case No. 15-33646
Chapter 13

GREAT LAKES CREDIT UNION,

          Creditor,

v.

WILLIAM PETER HENDRIX, and
NATASHA NICOLE HENDRIX,

          Debtors.

### ORDER TO RESTRICT PUBLIC ACCESS

Great Lakes Credit Union having filed a Motion to Restrict Public Access;

IT IS HEREBY ORDERED, that the Objection to Confirmation of Plan (Document 10) filed by Great Lakes Credit Union on January 11, 2015, is hereby restricted from public access and viewing.

#####