UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:   William Peter Hendrix and          Case No. 15–33646–gmh
         Natasha Nicole Hendrix,
                    Debtors.                Chapter  13

## ORDER SCHEDULING EVIDENTIARY HEARING

TO:      William Peter Hendrix              Attorney Michael S. Georg
         Natasha Nicole Hendrix             Trustee Mary B. Grossman
                                            Attorney Mark Darnieder

**PLEASE TAKE NOTICE** that an evidentiary hearing on the Objection to Confirmation of the Plan filed by Great Lakes Credit Union will be held on **March 7, 2016, at 02:00 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger. The court will not reschedule the evidentiary hearing absent good cause and upon written order of the court.

If sufficient grounds exist, the court may rule at the hearing.

Please review section 15 of the Chambers Procedures for Judge Halfenger for a full description of the procedures that govern evidentiary hearings found on our website at www.wieb.uscourts.gov.


Dated: January 20, 2016                     BY THE COURT:

                                            G. Michael Halfenger
                                            United States Bankruptcy Judge